**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Armando GAMEZ–AMARO,**
**Defendant–Appellant.**

**No. 07–10255.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2008.*

Filed Aug. 6, 2008.

R.App. P. 34(a)(2).

Anne E. Mosher, Esq., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Sean Bruner, Esq., Tucson, AZ, for Defendant–Appellant.

Before: B. FLETCHER, THOMAS and WARDLAW, Circuit Judges.

## MEMORANDUM **

Armando Gamez–Amaro appeals from the 60–month sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vii) and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Gamez–Amaro challenges the district court's application of a two-level aggravating role enhancement under U.S.S.G.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 3B1.1(c). Because the record reflects that Gamez–Amaro's co-defendants stated that he recruited them and directed them to assist him with packing marijuana, we conclude that the district court's application of the enhancement was not clearly erroneous. *See United States v. Maldonado,* 215 F.3d 1046, 1050 (9th Cir.2000) ("A single incident of persons acting under a defendant's direction is sufficient evidence to support a two-level role enhancement.").

The district court did not abuse its discretion in concluding that an evidentiary hearing was not required. *See United States v. Berry,* 258 F.3d 971, 976 (9th Cir.2001).

**AFFIRMED.**